# United States District Court

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL
COLLECTION AGENCY, et al,

v.

GEORGE ANDERSON CONSTRUCTION CO., INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 10186 RWZ

TO: (Name and Address of Defendant)

George Anderson Construction Co., Inc.
86 S. Main Street
Lanesboro, MA 01237

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

JAN 27 2004

DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | Office of the Sheriff • 467 Cheshire Road • Pittsfield, MA 01201 • 413-443-6841 |
|---|---|
| Berkshire, ss. | 2/4/2004 |

I hereby certify and return that on 2/4/2004 at 11:06AM I served a true and attested copy of the Summons & Complaint in this action in the following manner: To wit, by delivering in hand to George Anderson Construction Co., Inc. at 86 South Main Street, Lanesboro, MA 01237. Attestation ($5.00), Conveyance ($2.10), Copies ($2.00), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($23.06) Total Charges $63.16

Deputy Sheriff, Fred S. Hobart

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____     _____
                                    Date                       Signature of Server

                                                              _____
                                                               Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.