UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGE ANDERSON CONSTRUCTION CO., INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 04-10186-RWZ<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, George Anderson Construction Co., Inc., 86 S. Main Street, Lanesboro, MA 01237 in the above-captioned action. Defendant George Anderson Construction Co., Inc. was served with the complaint on February 4, 2004. A copy of proof of service is attached.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: March 12, 2004

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

Attorney for plaintiff Massachusetts
Carpenters Central Collection Agency

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL
COLLECTION AGENCY, et al.

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

GEORGE ANDERSON CONSTRUCTION CO., INC.    04 10186 RWZ

TO: (Name and Address of Defendant)

George Anderson Construction Co., Inc.
86 S. Main Street
Lanesboro, MA 01237

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

JAN 27 2004

DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • 413-443-6841

*Berkshire, ss.*

2/4/2004

I hereby certify and return that on 2/4/2004 at 11:06AM I served a true and attested copy of the Summons & Complaint in this action in the following manner: To wit, by delivering in hand to George Anderson Construction Co., Inc. at 86 South Main Street, Lanesboro, MA 01237. Attestation ($5.00), Conveyance ($2.10), Copies ($2.00), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($23.06) Total Charges $63.16

Deputy Sheriff, Fred S. Hobart

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date              Signature of Server

            _____
            Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.