UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al. </br>  Plaintiffs, </br></br> v. </br></br> GEORGE ANDERSON CONSTRUCTION CO., INC., </br>  Defendant. | ) </br> ) </br> ) </br> ) CIVIL ACTION </br> ) NO. 04-10186-RWZ </br> ) </br> ) </br> ) |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Massachusetts Carpenters Central Collection Agency, et al., upon the accompanying Affidavit of Harry Dow, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, George Anderson Construction Co., Inc. to pay to the plaintiffs the sum of $2,453.41 in damages and taxable costs.

Dated:                                                           Respectfully submitted,

                                                                  Christopher N. Souris
                                                                  BBO #556343
                                                                  KRAKOW & SOURIS, LLC
                                                                  225 Friend Street
                                                                  Boston, MA 02114    (617) 723-8440
                                                                  /s/ Christopher N. Souris
                                                                  Attorney for plaintiffs Massachusetts
                                                                  Carpenters Central Collection Agency, et al.

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to George Anderson Construction Co., Inc., 86 S. Main Street, Lanesboro, MA 01237

                                                                  /s/ Christopher N. Souris
                                                                  Christopher N. Souris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al. </br>   Plaintiffs, </br></br> v. </br></br> GEORGE ANDERSON CONSTRUCTION CO., INC., </br>   Defendant. | ) </br> ) </br> ) </br> ) CIVIL ACTION </br> ) NO. 04-10186-RWZ </br> ) </br> ) </br> ) </br> ) |

## JUDGMENT

ZOBEL, D.J.

Defendant George Anderson Construction Co., Inc. having failed to plead or otherwise defend in this action and default having been entered on March 23, 2004;

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiff the sum of $2,264.24, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $189.18, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant George Anderson Construction Co., Inc. the sum of $2,453.42 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated:_____

NOTE: The post judgment interest rate effective this date is __%.