UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL )
COLLECTION AGENCY, et al. )
)
)
    Plaintiffs, )
) CIVIL ACTION
v. ) NO. 04-10186-RWZ
)
GEORGE ANDERSON CONSTRUCTION CO., INC., )
)
    Defendant. )
_____ )

### JUDGMENT

ZOBEL, D.J.

    Defendant George Anderson Construction Co., Inc. having failed to plead or otherwise defend in this action and default having been entered on March 23, 2004;

    Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiff the sum of $1,483.42, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred attorneys fees in the amount of $820 and costs in the sum of $150.00, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

    1. That plaintiffs recover from defendant George Anderson Construction Co., Inc. the sum of $2,453.42 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated: 5/13/05

NOTE: The post judgment interest rate effective this date is __%.